PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Roger McCloud                    Case Number: 3:09-00068-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: November 3, 2009

Original Offense: 18 U.S.C. § 922(g)(1), Convicted Felon in Possession of Firearm (2 Counts)

Original Sentence: 37 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 10, 2012

Assistant U.S. Attorney: To be determined     Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ⸺ day of ⸺ Oct ⸺, 2014,
and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place        Columbia, Tennessee

Date         October 2, 2014

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **The defendant shall refrain from any unlawful use of a controlled substance:**

On September 11, 2014, and September 26, 2014, Roger McCloud submitted urine screens which both tested positive for marijuana. Mr. McCloud denies use.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. McCloud has been on supervision since September 10, 2012. Due to his previous compliance, he was moved to the Compliant Caseload on May 5, 2012. Due to his positive urine screens, he is being moved back to the general caseload and will be sent for a drug intake and assessment.

Mr. McCloud is currently employed and lives alone.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. McCloud be continued on supervised release.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
          Jim Perdue
          Deputy Chief U.S. Probation Officer